Exhibit B

IN THE SUPERIOR COURT OF MURRAY COUNTY
STATE OF GEORGIA

| | |
|---|---|
| AMY LANGFORD as the administrator of the ESTATE OF WYATT E. LANGFORD and AMY LANGFORD, Individually<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, MCCALLA RAYMER, LLC, FEDERAL HOME LOAN MORTGAGE CORPORATION<br><br>Defendants. | CIVIL ACTION NO.<br>12-CI-819-M |

## NOTICE OF REMOVAL OF ACTION

TO: Donna Flood
Clerk of Courts, Murray County Superior Court
121 N. Third Avenue
Chatsworth, GA 30705

Defendant Federal Home Loan Mortgage Corporation ("Freddie Mac") hereby gives notice it has removed this action from the Superior Court of Murray County, State of Georgia to the United States District Court for the Northern District of Georgia, Rome Division pursuant to 28 U.S.C. §§ 1442, 1446, and 12 U.S.C. § 1452(f). Attached hereto as Exhibit "A" is the Notice of Removal that was filed today, January 22, 2013, with the United States District Court for the Northern District of Georgia, Rome Division.

Respectfully submitted this 22nd day of January, 2013.

WARGO & FRENCH, LLP

Michael Wolak, III
Georgia Bar No. 773197
mwolak@wargofrench.com
Amy L. Hanna
Georgia Bar No. 509069
ahanna@wargofrench.com

999 Peachtree Street, N.E.
26th Floor
Atlanta, Georgia 30309
(404) 853-1500
(404) 853-1501 (facsimile)

*Attorneys for Defendants JPMorgan Chase Bank, N.A. and Federal Home Loan Mortgage Corporation*

IN THE SUPERIOR COURT OF MURRAY COUNTY
STATE OF GEORGIA

| | |
|---|---|
| AMY LANGFORD as the administrator of the ESTATE OF WYATT E. LANGFORD and AMY LANGFORD, Individually <br><br> Plaintiff, <br><br> v. <br><br> JPMORGAN CHASE BANK, MCCALLA RAYMER, LLC, FEDERAL HOME LOAN MORTGAGE CORPORATION <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> CIVIL ACTION NO. <br> 12-CI-819-M |

## CERTIFICATE OF SERVICE

This certifies that I have this day served a true and correct copy of the within and foregoing **NOTICE OF REMOVAL OF ACTION** upon the other parties to the action by U.S. Mail, postage pre-paid, addressed as follows:

> W. Anthony Collins, Jr., Esq.
> Smith Collins, LLC
> 8565 Dunwoody Place
> Building 15, Suite B
> Atlanta, GA 30350
>
> Steven Flynn, Esq.
> McCalla Raymer, LLC
> Six Concourse Parkway
> Suite 2800
> Atlanta, GA 30328

This 22nd day of January, 2013.

Amy L. Hanna